**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| AMERICAN APPLIANCE PRODUCTS, INC., and AFFILIATED FM INSURANCE COMPANY, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO.: 2:15-cv-00211 |
| v. | ) ) | Judge J. Ronnie Greer Magistrate Judge Clifton L. Corker |
| ERNIE L. NOE d/b/a BULLZYE FIRE EXTINGUISHER COMPANY, | ) ) ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that the Plaintiffs, American Appliance Products, Inc. and Affiliated FM Insurance Company, did serve via U.S. mail on May 17, 2016 in the above-styled cause the *Rule 26 Expert Disclosure of Daniel L. Arnold, P.E., FSFPE*.

Pursuant to the Federal Rules, the undersigned has retained a copy of the above-referenced document as custodian thereof.

Respectfully submitted this the 17th day of May, 2016.

        /s/ Kenneth S. Schrupp
Jefferson C. Orr    (No. 12743)
jorr@smithcashion.com
Kenneth S. Schrupp   (No. 15648)
kschrupp@smithcashion.com
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201
Telephone:   (615) 742-8555
Facsimile:    (615) 742-8556

*Attorneys for Plaintiffs American Appliance Products, Inc. and Affiliated FM Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of May, 2016, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record as listed below.

J. Carter Thompson, Jr.
BAKER, DONELSON, BEARMAN, CALDWELL
   & BERKOWITZ, P.C.
100 Vision Drive, Suite 400
Jackson, Mississippi 39211

Brigid M. Carpenter
BAKER, DONELSON, BEARMAN, CALDWELL
   & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201

*Attorneys for Defendant Ernie L. Noe*
*d/b/a Bullzye Fire Extinguisher Company*

        /s/ Kenneth S. Schrupp